**Patricia B. MILLS, Administrator
of the Estate of Brian Lee Mills,
Decedent, Plaintiff–Appellant,**

v.

**Terrance D. SANDERS; Schneider
National Carriers, Incorporated,
Defendants–Appellees.**

No. 06–1536.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 12, 2007.

Decided: March 9, 2007.

Jean M. McKeen, Tomlin & McKeen, Chester, Virginia, for Appellant. Eric S. Jensen, Monica A. Walker, Jensen & Associates, Richmond, Virginia, for Appellees.

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellant Patricia B. Mills, as administrator of the estate of her son, Brian Mills, and on behalf of his estate, brought a wrongful death action under Virginia law against Appellees Terrance D. Sanders and Schneider National Carriers, Inc. Mills asserted Sanders' negligent operation of his tractor-trailer caused it to veer from the highway and kill Brian, who was walking down the side of the road. The district court granted summary judgment in favor of Appellees, and Mills appealed.

We review the granting of summary judgment de novo. *Higgins v. E.I. Du-Pont de Nemours & Co.,* 863 F.2d 1162, 1167 (4th Cir.1988). We have reviewed the record, and find no reversible error. We therefore affirm the district court's order for the reasons stated in its memorandum opinion. *See Mills v. Sanders and Schneider Nat'l Carriers,* No. 4:05–cv–00059–JLK, 2006 WL 759011 (W.D.Va. Mar. 24, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*